# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3154

_____

Ralph Read, M.D.;                                        *
                                                         *
              Plaintiff-Appellant,                       *
                                                         *
United States of America, ex rel.,                       *
Ralph Read, M.D.,                                        *       Appeal from the United States
                                                         *       District Court for the District
              Plaintiff,                                 *       of South Dakota.
                                                         *
       v.                                                *              [UNPUBLISHED]
                                                         *
Central Plains Clinic; Medical X-Ray                     *
Center, P.C.,                                            *
                                                         *
              Defendants-Appellees.                      *

_____

Submitted:  May 10, 1999
Filed:  May 20, 1999

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Having unsuccessfully appealed to this court twice before, Ralph Read now appeals from the district court's adverse ruling dismissing Read's qui tam action against Central Plains Clinic and Medical X-Ray Center, P.C. Having reviewed the record and the parties' briefs, we conclude the district court's ruling was correct and an extended

discussion is not warranted.  We thus affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.